PER CURIAM.

(No. 75-CC-151— )

RICHARD T. DUNN, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed October 25, 1974.*

RICHARD T. DUNN, Claimant, pro se.

146

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-154—

GORDON F. MOORE, M.D., Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS JUDICIAL INQUIRY BOARD, Respondent.

*Opinion filed October 25, 1974.*

GORDON F. MOORE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.